IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| TICORA WILLIAMS, | Civil Action File No. 1:11-cv-03712-RLV |
|     Plaintiff, | |
| v. | |
| WAL-MART STORES EAST, LP, | |
|     Defendant. | |

## PLAINTIFF'S NOTICE OF INSPECTION OF DEFENDANT'S PREMISES

TO: Wal-Mart Stores East, LP
c/o Albert J. DeCusati, Esq.
3445 Peachtree Road, N.E.
Suite 500
Atlanta, Georgia 30326-1276

YOU ARE HEREBY NOTIFIED, pursuant to Federal Rule of Civil Procedure 34 (a) (2), that on **Friday, April 13, 2012, at 10:00 a.m.**, counsel for Plaintiff shall enter the premises of Defendant Wal-Mart Stores East, LP located at 6149 Old National Highway, College Park, Fulton County, Georgia 30349, for the purpose of inspecting, measuring, photographing, and any other examination allowed by Federal Rule of Civil Procedure 34 (a) (2) of the aisle and surrounding areas where Plaintiff slipped and fell on September 23, 2010, and as more fully described in Plaintiff's Complaint and by the witnesses who have given deposition



testimony in this matter. Thereafter, Plaintiff shall inspect the surveillance video monitor(s) of the Asset Protection Office at Defendant's store, including the screen shots for the surveillance cameras in and around the area where Plaintiff slipped and fell on September 23, 2010. All parties are invited to attend.

This 14th day of March, 2012.

                              Respectfully submitted,

                              **CASH, KRUGLER & FREDERICKS, LLC**

                              /s/ James A. Robson
                              Andrew B. Cash, Esq.
                              Georgia Bar Number 743459
                              James A. Robson, Esq.
                              Georgia Bar Number 551053

5447 Roswell Road, N.E.
Atlanta, Georgia 30342
(404) 659-1710
acash@ckandf.com
jrobson@ckandf.com
**Counsel for Plaintiff**

**Local Rule 5.1 and 7.1 Certification**

Pursuant to Local Rules 5.1 and 7.1, counsel for the Plaintiff certifies that the document has been prepared in Times New Roman, 14-point font, and that the document does not contain more than 10 characters per inch of type.

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing **PLAINTIFF'S NOTICE OF INSPECTION OF DEFENDANT'S PREMISES** with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to attorneys of record:

> Albert J. DeCusati, Esq.
> Ashley A. Bagiatis, Esq.
> 3445 Peachtree Road, N.E., Suite 500
> Atlanta, Georgia 30326
> T: (404) 365-4512
> F: (404) 364-3138
> adecusati@mclain-merritt.com
> ashley.bagiatis@mclain-merritt.com

This 14th day of March, 2012.

> **CASH, KRUGLER & FREDERICKS, LLC**
>
> /s/ James A. Robson
> Andrew B. Cash, Esq.
> Georgia Bar Number 743459
> James A. Robson, Esq.
> Georgia Bar Number 551053

5447 Roswell Road, N.E.
Atlanta, Georgia 30342
(404) 659-1710
acash@ckandf.com
jrobson@ckandf.com
**Counsel for Plaintiff**