## Claim # L0172018



- Your form has been sent to the claims division.
- Please PRINT THIS FORM for your records before returning to main screen.

**STORE TYPE**
Store/Location number : 3401
Base division number : 01 - WAL-MART ASSOCIATES - US

**STORE/LOCATION INFORMATION**
Address : 6149 OLD NATIONAL HWY, COLLEGE PARK, GA, 30349
Phone : 770 9949440
Manager : WILLIAM
Division charged :
Section code :

**CLAIM TYPE**
Type of Incident : SLIP/FALL/TRIP Claim involving a customer/member that alleges slip, fall, or trip.

**SLIP/FALL INFORMATION**
Type of floor : ---
Defects ? No
Number of photos taken : 0
Was surface clean ? Yes
Description : JUST MOPPED FLOOR
Was surface dry ? No
Description : JUST MOPPED FLOOR
Obstructions ? Yes
Description : ORANGE CONES WERE IN PLA
If obstruction merchandise-it's UPC# : ---
Item# : ---
Substance : ---
Source of substance : ---
Amount : ---
Condition of substance : ---
Customer wearing glasses ? Yes
Carrying bundles/objects ? Yes
Pushing cart ? No
Shoe type : FLIP FLOPS
Weather conditions ? DRY

**INCIDENT GENERAL INFORMATION**
Date of loss : 9/23/2010 5:10:00 PM
Date facility notified of loss : 9/23/2010
Accident State : GA
Claim description : CUSTOMER SLIPPED AND FELL TO THE FLOOR
Does incident involve BI, PD, or both ? Bodily Injury
Was medical treatment sought at time of incident or mentioned by the customer/member ? No

**Incident Location Information**
Did incident happen on premises ? Yes
Address where injury occurred : 6149 OLD NATIONAL HWY, COLLEGE PARK, GA, 30349
Phone : 770 9949440

**Witness Information**
Name : JONES, SEPHUS
Address : ---, ---, GA, ---
Phone : 770 9096191
Associate with facts relating to loss



|  |  |
|---|---|
| CLAIMANT # 1 | Name : ROGERS, EDDIE L.<br>Title : SUPPORT MANAGER<br>**Associate first on scene**<br>Name : BODDIE, KALVIN<br>Title : DAIRY SALES ASSOCIATE<br>**Store Contact Information**<br>Name : STEPHENS, ANGELA<br>Shift : —<br>Work Phone : 770 9949440<br>**Preparer**<br>Name : STEPHENS, ANGELA<br>Title : ASSISTANT STORE MANAGER<br>Shift : —<br><br>Name : WILLIAMS, TICORA<br>Associate ? No<br>Sex : Female<br>Address : 6305 TOPAZ TRAIL, COLLEGE PARK, GA, 30349<br>Home Phone # : 770 9913147<br>Work Phone # : —<br>Birthdate : 12/11/1959<br>Driver's License # : —, —<br>Did customer continue to shop ? No<br>Was Claimant a Minor ? No<br>Type of Injuries/Complaints : PAIN<br>Was ambulance called ? Yes<br>Was MD or hospital involved ? No<br>**Companion Information**<br>Did claimant have a companion ? No<br>Companion Name : ,<br>Address : —, —, —, —<br>Phone : —<br>**Medical Provider Information**<br>Medical provider name : —<br>Address : —, —, —, —<br>Phone : —<br>[ Back ] |