## General Liability Slip/Fall Claims and Incidents in the Checkout Section of Store# 3401 from 09/23/2007 to 09/23/2010
### Williams, Ticora vs. Wal-Mart Stores, Inc.

| Claim # | Division # | Reference # | FName | LName | STR # | DOL | State | STS | ENT Date | Claim Description | Loss Type | Location | CLS Date |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 5406778 | 1 | L7897610 | | | 3401 | 11/09/07 | GA | Closed | 11/09/07 | CUSTOMER FELL AT SERVICE DESK. | Slip/Fall Same Level | WM-Customer Servic | 11/16/07 |
| 5619561 | 1 | L8843366 | | | 3401 | 08/15/08 | GA | Closed | 08/19/08 | WATER COMING FROM THE COOLER | Slip/Fall Same Level | WM-Checkout | 02/17/09 |
| 5637395 | 1 | L8858307 | | | 3401 | 09/06/08 | GA | Closed | 10/29/08 | CUST SLIPPED ON GRAPE AND HIT HER SHIN | Slip/Fall Same Level | WM-Checkout | 02/10/09 |
| 5641400 | 1 | L8861578 | | | 3401 | 09/11/08 | GA | Report | | CUSTOMER WAS WALKING SLIP AND FELL | Slip/Fall Same Level | WM-Checkout(GROC) | |
| 5645274 | 1 | L8864862 | | | 3401 | 09/15/08 | GA | Closed | 09/16/08 | CUSTOMER SLIPPED ON FRONT END AND FELL | Slip/Fall Same Level | WM-Checkout | 10/01/08 |
| 5728749 | 1 | L9706838 | | | 3401 | 01/14/09 | GA | Report | | WALKING FAST TO RESTROOM AND FELL | Slip/Fall Same Level | WM-Checkout(GROC) | |
| 5879246 | 1 | L9835719 | | | 3401 | 08/08/09 | GA | Report | | PACKAGE LEAING FROM CUSTOMERS CART | Slip/Fall Same Level | WM-Checkout(GROC) | |
| 5941484 | 1 | L9890427 | | | 3401 | 10/31/09 | GA | Report | | CUSTOMER WAS STANDING IN LINE AND FELL | Slip/Fall Same Level | WM-Checkout | |
| 6072017 | 1 | L0075643 | | | 3401 | 05/15/10 | GA | Report | | TODDLER FELL BACK AND HIT HER HEAD | Slip/Fall Same Level | WM-Checkout(GROC) | |
| 6181951 | 1 | L0172018 | Ticora | Williams | 3401 | 09/23/10 | GA | Open | 09/23/10 | CUSTOMER SLIPPED AND FELL TO THE FLOOR | Slip/Fall Same Level | WM-Checkout(Groc) | |

Wal-Mart Confidential



EXHIBIT C



PLAINTIFF'S EXHIBIT 19
Brock 2/2/12