Mail Receive Date: 2010-09-29

WMP-73B

## CUSTOMER STATEMENT

STORE #: 3401  DATE: 9/23/10  TIME: 5:10  a.m./p.m.
NAME: Ticora Williams
ADDRESS: 6305 Topaz Trail
CITY: College Park  STATE: Georgia  ZIP: 30349
PHONE: (770) 991-3147  SSN:
DOB: 12/11/59

Describe in your own words, the events leading up to the incident:

_____
_____
_____
_____
_____
_____

Identify and describe the location of the incident:

_____
_____

List name, address and phone number of any witness(s) to the incident:

_____
_____

Name of associate you reported the incident to:
Saville Andrews

Customer Signature: _____  Print Name _____  Date _____

Management Signature: [signature]  Date: 9/23/10

A COPY OF THIS STATEMENT SHOULD BE MADE AVAILABLE TO THE CUSTOMER UPON REQUEST.


EXHIBIT D