# EXHIBIT "E"

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

TICORA WILLIAMS,                          Civil Action File No.
                                          1:11-cv-03712-RLV
                Plaintiff,

v.

WAL-MART STORES EAST, LP,

                Defendant.
_____/

## ORDER

Having read and considered Defendant's Motion for Protective Order [Doc. 44] and accompanying Brief in Support [Doc. 44-1] and Plaintiff's Brief in Opposition [Doc. 53], and based upon the record as a whole, this Court finds that in light of Defendant's agreement to produce a witness to testify in lieu of an inspection of Defendant's security office, Defendant's Motion, as it pertains to Plaintiff's Notice of Inspection, is **DENIED AS MOOT**.  Defendant is hereby ordered to identify and make available for deposition a witness to testify about the security camera images produced to Plaintiff's counsel within **ten** (10) days of the date of this Order.  Nothing herein stated shall preclude Plaintiff from re-serving Defendant with a Notice of Inspection at a later date should the need arise.

This Court further finds that as it pertains to Request No. 2 of Plaintiff's Second Request for Production of Documents, Defendant has failed to demonstrate "good cause" for the issuance of a protective order and therefore Defendant's Motion is **DENIED**.  Defendant is hereby directed to respond completely to Plaintiff's Request No. 2 of Plaintiff's Second Request for Production of Documents within **ten** (10) days of the date of this Order.

SO ORDERED THIS _____ day of _____, 2012.

_____
The Honorable Robert L. Vining, Jr.
Senior Judge, United States District Court
Northern District of Georgia, Atlanta Division

Order Prepared and Submitted By:

/s/ James A. Robson_____
Andrew B. Cash
Georgia Bar No. 743459
James A. Robson
Georgia Bar No. 551053
CASH, KRUGLER & FREDERICKS, LLC
5447 Roswell Road, N.E.
Atlanta, Georgia 30342
(404) 659-1710
acash@ckandf.com
jrobson@ckandf.com
**Counsel for Plaintiff**