# EXHIBIT "A"

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| TICORA WILLIAMS, | Civil Action File No. |
| | 1:11-cv-03712-RLV |
| Plaintiff, | |
| v. | |
| WAL-MART STORES EAST, LP, | |
| Defendant. | |
| _____/ | |

**PROPOSED ORDER**

HAVING READ AND CONSIDERED Defendant's Motion for Medical Examination [**Doc. 55**] and Brief in Support [**Doc. 55-1**] and Plaintiff's Brief in Opposition thereto [**Doc. 65**], and based upon the record as a whole, this Court hereby finds Defendant's Motion is untimely and will delay trial of this case. This Court further finds that Defendant has failed to meet its burden of showing "good cause" for the requested examination. Accordingly, Defendant's Motion is hereby **DENIED**.

SO ORDERED THIS ____ day of _____, 2012.

_____
The Honorable Robert L. Vining, Jr.
Senior Judge, United States District Court
Northern District of Georgia, Atlanta Division

**Order Prepared and Submitted By:**

/s/ James A. Robson
Andrew B. Cash
Georgia Bar No. 743459
James A. Robson
Georgia Bar No. 551053
CASH, KRUGLER & FREDERICKS, LLC
5447 Roswell Road, N.E.
Atlanta, Georgia 30342
(404) 659-1710
acash@ckandf.com
jrobson@ckandf.com
**Counsel for Plaintiff**