# EXHIBIT "A"

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| TICORA WILLIAMS, | Civil Action File No. |
| | 1:11-cv-03712-RLV |
| Plaintiff, | |
| v. | |
| WAL-MART STORES EAST, LP, | |
| Defendant. | |

## **PROPOSED ORDER**

HAVING READ AND CONSIDERED Defendant's Motion for Extension of Discovery [**Doc. 57**] and Plaintiff's Brief in Opposition thereto [**Doc. 66**], and based upon the record as a whole, this Court hereby finds that Defendant has failed to meet its burden of showing "good cause" to amend the Scheduling Order [**Doc. 14**] for a second extension of the discovery period. Accordingly, Defendant's Motion is hereby **DENIED**.

IT IS FURTHER ORDERED that the parties shall submit a Consolidated Pretrial Order on or before **June 4, 2012**, and, thereafter, the Clerk place this case on the next available trial calendar.

SO ORDERED THIS \_\_\_\_ day of _____, 2012.


_____
The Honorable Robert L. Vining, Jr.
Senior Judge, United States District Court
Northern District of Georgia, Atlanta Division


**Order Prepared and Submitted By:**

/s/ James A. Robson
Andrew B. Cash
Georgia Bar No. 743459
James A. Robson
Georgia Bar No. 551053
CASH, KRUGLER & FREDERICKS, LLC
5447 Roswell Road, N.E.
Atlanta, Georgia 30342
(404) 659-1710
acash@ckandf.com
jrobson@ckandf.com
**Counsel for Plaintiff**