4/13/2012 11:19:57 AM  
Eastern Daylight Time

DVR Viewer

 MARCH networks

### DVR Video Snapshot

C:\Dvr\STORE03401DVR03US\Register 01\2012 04 13\11.05.54_11.06.59.avi  
Fri, Apr 13, 2012, 11:05:54 AM (Eastern Daylight Time)  
Event: No event selected



Video Capture Size: 352 x 240 pixels  
Video Frame Time: 4/13/2012 11:05:54 AM (Eastern Daylight Time)  
Media Input Name: Register 01  
DVR Location: STORE03401DVR03US  
DVR Serial #: KSAAA8654-4210B  
&Station ID: 0



DEFENDANT'S EXHIBIT "A"