| | Claim # L9706838 | |
|---|---|---|
|  | • Your form has been sent to the claims division.<br>• Please PRINT THIS FORM for your records before returning to main screen. |  |

**STORE TYPE**
- Store/Location number : 3401
- Base division number : 01 - WAL-MART ASSOCIATES - US

**STORE/LOCATION INFORMATION**
- Address : 6149 OLD NATIONAL HIGHWAY, COLLEGE PARK, GA, 30349
- Phone : 770 9949440
- Manager : OWENS
- Division charged :
- Section code :

**CLAIM TYPE**
- Type of Incident : SLIP/FALL/TRIP Claim involving a customer/member that alleges slip, fall, or trip.

**SLIP/FALL INFORMATION**
- Type of floor : CONCRETE TREATED
- Defects ? No
- Number of photos taken : 8
- Was surface clean ? Yes
- Description : NO TRASH OR OBJECTS
- Was surface dry ? Yes
- Description : —
- Obstructions ? No
- Description : —
- If obstruction merchandise-it's UPC# : —
- Item# : —
- Substance : —
- Source of substance : —
- Amount : —
- Condition of substance : —
- Customer wearing glasses ? No
- Carrying bundles/objects ? No
- Pushing cart ? No
- Shoe type : TENNIS SHOES
- Weather conditions ? DRY,SUNNY

**INCIDENT GENERAL INFORMATION**
- Date of loss : 1/14/2009 12:10:00 PM
- Date facility notified of loss : 1/14/2009
- Accident State : GA
- Claim description : WALKING FAST TO RESTROOM AND FELL
- Does incident involve BI, PD, or both ? Bodily Injury
- Was medical treatment sought at time of incident or mentioned by the customer/member ? No

**Incident Location Information**
- Did incident happen on premises ? Yes
- Address where injury occurred : 6149 OLD NATIONAL HIGHWAY, COLLEGE PARK, GA, 30349
- Phone :

**Witness Information**
- Name : ,
- Address : —, —, —, —
- Phone : —

Associate with facts relating to loss


DEFENDANT'S EXHIBIT "B"

Name : GRANDISON, GWENDOLYN
Title : CUSTOMER SERVICE MANAGER

**Associate first on scene**
Name : GRANDISON, GWENDOLYN
Title : CUSTORMER SERVICE MANAGER

**Store Contact Information**
Name : HALE, ADRIAS
Shift : Alternate Shift
Work Phone :

**Preparer**
Name : HALE, ADRIAS
Title : ASSISTAN MANAGER
Shift : Alternate Shift

**CLAIMANT # 1**

Name :
Associate ? No
Sex :

303
Home Phone # : 404 5
Work Phone # : —
Birthdate : 1/27/1990
Driver's License # : —, —
Did customer continue to shop ? No
Was Claimant a Minor ? No
Type of Injuries/Complaints : SMALL CUT ABOVE RIGHT EYE
Was ambulance called ? No
Was MD or hospital involved ? No

**Companion Information**
Did claimant have a companion ? No
Companion Name : ,
Address : —, —, —, —
Phone : —

**Medical Provider Information**
Medical provider name : —
Address : —, —, —, —
Phone : —

[ Back ]