IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

TICORA WILLIAMS,

      Plaintiff,

v.

WAL-MART STORES EAST, LP,

      Defendant.
_____/

Civil Action File No.
1:11-cv-03712-RLV

## **ORDER**

Having read and considered Defendant's Motion for Protective Order [Doc. 44], Plaintiff's Brief in Opposition [Doc 53], and Defendant's Reply brief, the Court hereby GRANTS Defendant's Motion for Protective Order:

(1) Plaintiff shall not enter or inspect any portion of Defendant's Asset Protection control room at the subject Wal-Mart store. The Court finds that the request to enter and inspect any portion of Defendant's Asset Protection control room is not relevant nor reasonably calculated to lead to the discovery of relevant evidence. The Court further finds that an inspection of the cameras and camera system would involve a compromise of Defendant Wal-Mart's proprietary trade secrets pertaining to its surveillance operations, which is worth of protection

under Federal Rule of Civil Procedure 26(c);

(2)   In response to Plaintiff's discovery request, Defendant Wal-Mart has produced redacted incident reports for prior slip-and-falls at the subject for a three-year period, which the Court finds is reasonable in terms of time, breadth, and scope.  Defendant shall not be required to produce any further documents in response to Plaintiff's Request for Production of Documents, No. 2, and Defendant shall not be required to produce any personal and private contact information of prior claimants as said information is not relevant nor reasonably calculated to lead to the discovery of relevant evidence as to any issue in this litigation.

SO ORDERED this _____ day of _____, 2012.

_____
The Honorable Robert L. Vining, Jr.
United States District Court
Northern District of Georgia

Prepared by Albert J. DeCusati, Esq.