# EXHIBIT "A"

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

TICORA WILLIAMS,                 Civil Action File No.
                                               1:11-cv-03712-RLV
       Plaintiff,

v.

WAL-MART STORES EAST, LP,

       Defendant.
_____/

**ORDER**

Having read and considered Defendant's Motion for Protective Order [Doc. 61] and accompanying Brief in Support [Doc. 61-1] and Plaintiff's Brief in Opposition [Doc. 68], and based upon the record as a whole, this Court finds that Defendant has failed to demonstrate "good cause" for the issuance of a protective order and therefore Defendant's Motion is **DENIED**.

SO ORDERED THIS ____ day of _____, 2012.

_____
The Honorable Robert L. Vining, Jr.
Senior Judge, United States District Court
Northern District of Georgia, Atlanta Division

Order Prepared and Submitted By:

/s/ James A. Robson
Andrew B. Cash
Georgia Bar No. 743459
James A. Robson
Georgia Bar No. 551053
CASH, KRUGLER & FREDERICKS, LLC
5447 Roswell Road, N.E.
Atlanta, Georgia 30342
(404) 659-1710
acash@ckandf.com
jrobson@ckandf.com
**Counsel for Plaintiff**